**Electronically Filed
Supreme Court
SCWC-23-0000022
08-JUL-2024
12:37 PM
Dkt. 24 OGAC**

SCWC-23-0000022

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Petitioner/Plaintiff-Appellee,

vs.

MYRON POSOA FILIPE,
Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000022; CASE NO. 1FFC-20-0001120)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Ginoza, and Devens, JJ.,
and Circuit Judge Park, in place of Eddins, J., recused)

Petitioner's Application for Writ of Certiorari, filed on May 10, 2024, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, July 8, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. Mckenna

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Shanlyn A.S. Park

